**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **SHAUN D. ADAMS,** | : | **CIVIL ACTION** |
| **Petitioner,** | : | |
| | : | **No. 15-4186** |
| **v.** | : | |
| | : | |
| **LAUREL HARRY, et al.,** | : | |
| **Respondents.** | : | |

## <u>ORDER</u>

This 28th day of June, 2016, upon careful and independent consideration of the Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody filed by *pro se* Petitioner, Shaun D. Adams, the Report and Recommendation of United States Magistrate Judge Elizabeth T. Hey, dated February 24, 2016, and Petitioner's Objections to Report and Recommendation, **IT IS ORDERED** as follows:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. Petitioner's Motion for Extension of Time to File Objections is **GRANTED**;

3. Petitioner's Objections are **OVERRULED** for the reasons explained in the Report and Recommendation;

4. The Petition for Writ of Habeas Corpus is **DISMISSED AS UNTIMELY**; and

5. There is no basis for the issuance of a certificate of appealability.

      /s/ Gerald Austin McHugh
United States District Court Judge